No. 98–9277.   CHRISTOPHER v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 98–9292.   EDWARDS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 98–1513.   REDBUD COMMUNITY HOSPITAL ET AL. v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.; and

No. 98–1526.   SCHUG v. BURROWS, SUCCESSOR-IN-INTEREST TO BURROWS, DECEASED, ET AL.   C. A. 9th Cir.   Motion of Physician Insurers Association of America for leave to file a brief as *amicus curiae* in No. 98–1526 granted. Motion of California Medical Association et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.   Reported below: 165 F. 3d 36.

No. 98–1162.   SUMRELL v. VIRGINIA, *ante*, p. 1006;

No. 98–1252.   ORISEK v. AMERICAN INSTITUTE OF AERONAUTICS AND ASTRONAUTICS, *ante*, p. 1065;

No. 98–1341.   BLUM ET UX. v. STATE FARM FIRE & CASUALTY CO. ET AL., *ante*, p. 1068;

No. 98–1442.   IN RE MURPHY, *ante*, p. 1063;

No. 98–1479.   ROSENTHAL v. CONRAD, *ante*, p. 1069;

No. 98–7168.   IN RE ABIDEKUN, 525 U. S. 1138;

No. 98–7515.   GONZALEZ v. WALLIS ET AL., *ante*, p. 1008;

No. 98–7779.   LAGO v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1041;

No. 98–7923.   ESTELL v. EDMONDSON, ATTORNEY GENERAL OF OKLAHOMA, *ante*, p. 1053;

No. 98–7993.   FALES v. LEHMAN, SECRETARY, WASHINGTON DEPARTMENT OF CORRECTIONS, *ante*, p. 1043;

No. 98–8015.   WALLS v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1071;

No. 98–8100.   RILEY v. ROE, WARDEN, ET AL., *ante*, p. 1072;

No. 98–8138.   BRUMBAUGH-CHANLEY v. CALIFORNIA, *ante*, p. 1073;

No. 98–8143.   TYLER v. LOUISIANA, *ante*, p. 1073;

No. 98–8163.   BAKER v. DEPARTMENT OF THE ARMY ET AL., *ante*, p. 1043;

No. 98–8165.  THORN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1074;

No. 98–8234.  BURGESS *v.* MONTANA ET AL., *ante,* p. 1090;

No. 98–8330.  HOBBS *v.* HOBBS, *ante,* p. 1075;

No. 98–8353.  IN RE SEATON, *ante,* p. 1037;

No. 98–8377.  MCCOY *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL., *ante,* p. 1101;

No. 98–8420.  SUMTER *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 1075;

No. 98–8466.  BURKE *v.* MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION, ET AL., *ante,* p. 1092; and

No. 98–8489.  COOK *v.* ROMINE, WARDEN, ET AL., *ante,* p. 1077. Petitions for rehearing denied.

No. 98–1223.  WILLIAMS ET UX. *v.* KLAMATH COUNTY, *ante,* p. 1019.  Motion of petitioners for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 98–8261.  AJAJ *v.* UNITED STATES, *ante,* p. 1044.  Motion for leave to file petition for rehearing denied.